## Bobtex Industries, Inc., Appellee, v. Continental Baking Company, Appellant.

Gen. No. 46,457.

First District, First Division.
January 31, 1955.
Released for publication February 23, 1955.

B. S. Quigley, for appellant; Donald John Tufts, of counsel; no briefs filed for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.